AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF   NEVADA

JOY PANICARO and JOE PANICARO,

      Plaintiffs,

V.

**SECOND AMENDED JUDGMENT IN A CIVIL CASE**

CASE NUMBER: **3-03-CV-0638-ECR-VPC**

GILBERT COLEMAN, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**XX** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

This action is **DISMISSED** with prejudice.

Lance S. Wilson            February 5, 2007
_____    _____
Clerk                      Date

*(signature: Lance S. Wilson)*

*(Seal: United States District Court for the District of Nevada)*